CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 4 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|    Plaintiff, | ) | Crim. No.   98cr00091-02 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION AND ORDER** |
| | ) | |
| MYRNA WILSON, | ) | By: Samuel G. Wilson |
|    Defendant, | ) | United States District Judge |

This matter is before the court upon defendant's letter, which the court construes as a motion for reduction of sentence. In 1999, pursuant to her guilty plea, Wilson was convicted for conspiracy to distribute heroin and sentenced to serve approximately 17 and one half years.

Wilson now states that during her federal prison term, she has completed a 40 hour drug treatment program and has taken several educational classes. In consideration of her accomplishments while in prison and in lieu of her poor health, Wilson asks the court to reduce her original sentence.

Although the court commends Wilson for her diligent participation in the drug treatment and educational programs available to her while in confinement, the court finds no basis upon which to grant the relief she seeks. The court cannot modify a term of imprisonment once it has been imposed except under very specific circumstances, none of which apply in Wilson's case. 18 U.S.C. §3582. Neither the government nor the Bureau of Prisons has made a motion for modification of her sentence, and the court finds no other statutory provision under which Wilson is entitled to a modification. See 18 U.S.C. §3582(c); Fed. R. Crim. P. 35. Accordingly, it is hereby

**ORDERED**

that the defendant's motion for modification of sentence shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order to the defendant and to counsel of record for the government.

ENTER: This 4th day of October, 2005.

United States District Judge